**764**

ELMORE SOLINS, as Administrator de Bonis Non, etc., of the Estate of MOE SOLINSKY, Deceased, Respondent, v. BEN GERSHEL & Co., INC., Appellant.— Orders unanimously reversed, with twenty dollars costs and disbursements, and the motion for leave to serve an amended answer granted on condition that defendant pay taxable costs to date. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MURRAY T. DONOHO, Respondent, v. SARDIK, INC., and Others, Appellants, Impleaded with Others, Defendants.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of DOMINICK DEL BENE, Respondent, for an Order Pursuant to Section 19, Subdivision 6 of the Lien Law, to Cancel and Discharge of Record a Notice of Mechanic's Lien. PLUMBING BY FITZGERALD, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of PLUMBING BY FITZGERALD, INC., Appellant, to Amend a Certain Mechanic's Lien Filed against the Property of DOMINICK DEL BENE and JOHANNA DEL BENE, Respondents, of 319 West 55th Street, New York, New York, Filed on September 19, 1940.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of HENRY GRANTHAM BACON, Appellant, for an Order Pursuant to Article 78 of the Civil Practice Act, against GEORGE J. GILLESPIE and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MILAN HODZA, Respondent, v. OVERSEAS NEWS AGENCY, INC., Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MILDRED A. GOLDBERG, Respondent, v. HIRAM CHARLES GOLDBERG, Appellant. — Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Cohn, J., taking no part.

In the Matter of the Application of CHARLES ALLEN, JR., and Others, Petitioners, Respondents, for an Order for the Inspection of a List of the Holders of Voting Trust Certificates of Wickwire Spencer Steel Company, against THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [178 Misc. 536.]

In the Matter of the Petition of CHARLES ALLEN, JR., and Others, Petitioners, Respondents, for the Removal of GEORGE W. TREAT and Others, Appellants, and Others.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [178 Misc. 541.]